**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| BLANCA S. | : | |
| | : | |
| v. | : | |
| | : | NO. 25-CV-3818 |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 11th day of March, 2026, it is hereby ORDERED that the Claimant's Request for Review is GRANTED IN PART and the matter REMANDED for reevaluation of the mental health opinion evidence as set forth in the accompanying Opinion, with the parties permitted to brief these issues.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE